In re:     PORTREA LADELE GRAY                      Case No:    09-58060   .
               Debtor(s)

## SCHEDULE C— PROPERTY CLAIMED AS EXEMPT

Debtor(s) elect(s) the exemption to which the debtor(s) is entitled under:
Check one box:
[X] 11 U.S.C. §522(b)(2)
[  ] 11 U.S.C. §522(b)(3)
[  ] Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---:|---:|
| Cash on Hand<br>Pocket/spending money/cash in debtor's possession. | 11 U.S.C. §522(d)(5) | 30.00 | 30.00 |
| Checking Savings, or Other Financial Accounts, Certificate of Deposit<br>Bank accounts, checking and savings combined: | 11 U.S.C. §522(d)(5) | 300.00 | 300.00 |
| Household Goods and Furnishings<br>Sofa, tables, chairs, tv vcr, microwave, kitchen utensils, stove, washer/dryer, fridge, computer, lawnmower, misc Items. | 11 U.S.C. §522(d)(3) | 2,500.00 | 2,500.00 |
| Wearing Apparel<br>Used clothing and accessories, no article worth over $50. | 11 U.S.C. §522(d)(3) | 700.00 | 700.00 |
| Furs and Jewelry<br>Some costume jewelry; no individual piece worth over $50. | 11 U.S.C. §522(d)(4) | 250.00 | 250.00 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans<br>401k plan, not property of the estate, Patterson v. Shumate | 11 U.S.C. §522(d)(12) | 3,000.00 | 3,000.00 |
| Stock and Interests in Businesses<br>Debtor is sole owner of Event Planning Business for weddings and showers. | 11 U.S.C. §522(d)(5) | 100.00 | 100.00 |
| Automobiles, Trucks, Trailers and Other Vehicles.<br>2004 Ford Taurus (nada.com) | 11 U.S.C. §522(d)(2) | 3,200.00 | 3,200.00 |
| 2006 Ford Fusion (nada.com) Vehicle owned by Debtor and Debtor's sister, Jamila Young, who resides in the state of Georgia. | | 0.00 | 16,475.00 |
| Other personal property of any kind not already listed.  Itemize.<br>Monies withdrawn from Debtor's 401(k) plan in March 2009 and May 2009. | 11 U.S.C. §522(d)(5) | 9,000.00 | 9,000.00 |

/s/  Portrea Ladele Gray                             /s/   Sharon Grace-Moore          .
Signature of Debtor                                  Attorney Signature
Date:     December  9, 2009